759 A.2d 1273

**Lamar WHITE and Lois White, Appellees**

v.

**PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, an Agency of the Commonwealth and Bradley Mallory, Secretary of Transportation, Appellants.**

Supreme Court of Pennsylvania.

Oct. 19, 2000.

256 

## *ORDER*

PER CURIAM:

AND NOW, this 19th day of October, 2000, the Order of the Commonwealth Court is hereby **AFFIRMED.**

It is further ordered that the Application For Advancement Pursuant to Pa.R.A.P. 2313 is **DENIED** as moot.